UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-CR-121 RLW |
| JOHN DAILEY, | ) ) ) |
| Defendant. | ) ) |

# ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker (ECF No. 78).

Defendant Dailey filed a motion to suppress statements and evidence, and a supporting memorandum (ECF Nos. 52, 53).  The United States filed a response opposing the motion to suppress.  (ECF No. 56.)

Pursuant to 28 U.S.C. § 636(b), this matter was referred to Judge Baker, who held an evidentiary hearing on Defendant's motion on October 22, 2021.   At the evidentiary hearing, the United States offered the testimony of Detective James Bain and Sergeant Joseph Bell of the St. Louis Police Department.   Defendant testified in support of his motion and offered the testimony of Andrew Hines.  Both parties filed post-hearing briefs (ECF Nos. 73, 77).  The Magistrate Judge filed the instant Report and Recommendation on February 18, 2022.  Neither party filed objections to the Report and Recommendation within the fourteen (14) day period allowed pursuant to 28 U.S.C. § 636(b)(1), which required that objections be filed by March 4, 2022.

The Magistrate Judge recommends that Defendant Dailey's motion to suppress statements and evidence be denied.

After de novo review of Defendant's motion to suppress, the United States' response thereto, the transcript of the evidentiary hearing (ECF No. 67), the parties' post-hearing briefs, and the Magistrate Judge's Report and Recommendation, this Court adopts the Magistrate Judge's recommendation in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge (ECF No. 78) is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Dailey's Motion to Suppress Statements and Evidence (ECF No. 52) is **DENIED**.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 8th day of March, 2022.

2